PROB 12C
(6/16)

Report Date: February 7, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Francisco Rudy Gallardo | Case Number: 0980 2:10CR02082-RMP-1 |
| Address of Offender: | Washington 98944 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: August 9, 2011

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Unauthorized Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 60 M; TSR - 36 M | Type of Supervision: Supervised Release |
| Revocation Sentence: (04/18/2019) | Prison - 1 M; TSR - 35 M | |
| Asst. U.S. Attorney: | Meghan M. McCalla | Date Supervision Commenced: May 16, 2019 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: April 15, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

 **Supporting Evidence**:  Mr. Gallardo is considered to be in violation of his supervised release conditions by being arrested on September 7, 2019, for attempting to elude a police vehicle, obstructing a law enforcement officer, resisting arrest, and third degree driving while license suspended, Yakima County Superior Court cause number 19-1-01718-39.

 On May 20, 2019, this officer met with Mr. Gallardo upon his release from custody.  Mr. Gallardo reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

 On September 7, 2019, per the Washington State Patrol (WSP) report of investigation, case number 19-019861, at approximately 11:19 p.m., WSP Trooper Bivins was patrolling southbound on State Route 223 from Yakima Valley Highway going under the overpass of Interstate 82 (I82) exit 58.  He observed a male driving an older model tan or gold colored Honda Accord or Civic-type vehicle, traveling northbound on State Route 223, approaching

the I82 exit 58 overpass and on ramps. He observed the male leaning forward as the street lights lit up the inside of his vehicle and the trooper did not see a seatbelt on him. When a driver is leaning forward, the seatbelt shoulder strap that comes across the left shoulder area of the person is very distinct and visible. Trooper Bivins made a U-turn to initiate a traffic stop on the Honda (Washington State licence plate AHD9903). The trooper got behind the vehicle at the intersection of northbound State Route 223 and Yakima Valley Highway; the vehicle came to a stop in front of the stop sign, partially into the intersection, and continued eastbound onto Van Belle Road. Trooper Bivins activated his vehicle's emergency lights. The male drove the vehicle onto the solid double yellow center line lane divider approximately half a tire width for about 1 to 2 seconds and slowly drifted to the right shoulder coming to a stop just west of Beam Road.

Trooper Bivins exited his vehicle, approached the passenger side of the vehicle the male was driving and looked into the vehicle as he was walking toward the driver. When he got about half way up to the vehicle, the vehicle took off at a high rate of speed, kicking up dirt, rocks, and debris spraying it back toward him. Trooper Bivins ran back to his patrol vehicle, observed Trooper Munoz arriving in his car and yelled at him to go after the fleeing vehicle. Trooper Munoz took over as the primary unit and Trooper Bivins became the secondary unit in the vehicular pursuit. WSP Communications was advised of the situation. The vehicle driven by the male turned northbound onto Beam Road from Van Belle Road at a high rate of speed. Trooper Bivins activated his vehicle's sirens headed northbound on Beam Road approaching Hudson Road, with speeds in excess of 90 miles per hour (MPH), while accelerating to higher speeds. There was no traffic and light rain falling from scattered thunderstorms in the area. Trooper Bivins asked WSP Communications to run the registration of the male driver's vehicle and inform them. It should be an older model Honda Accord or Civic-type vehicle. WSP Communications confirmed it was the same vehicle and advised it was registered out of Sunnyside, Washington. Trooper Bivins advised WSP Communications that it was occupied by one Hispanic male and did not see any other occupants while he approached the vehicle before it fled. The fleeing Honda went through a stop sign controlled intersection at Nelson Road and Yakima Valley Highway. The male then drove onto a dirt orchard access road. Trooper Bivins backed off due to all the dirt being kicked up from the fleeing Honda onto Trooper Munoz' patrol vehicle.

The fleeing Honda came to a stop at the end of the dirt road. Trooper Bivins saw the male driver run out of the car on foot, heading southwest into the orchard. Trooper Munoz had his gun drawn and gave chase disappearing into the orchard. Trooper Bivins then heard Trooper Munoz yell at the male driver to stop and to get onto the ground. He followed and began to chase the male driver too. He passed Trooper Munoz and was closing the gap on the male driver quickly. Trooper Bivins gave the male orders to stop, told him he was under arrest, yet he continued to run from him. The male made it to the end of the orchard and tried to hide in the bushes by laying on his back. Trooper Bivins had his duty pistol out and pointed it at the male. He then yelled at the male to turn over onto his stomach and show his hands. He complied, was placed under arrest without further incident, and was frisked for weapons.

Trooper Munoz advised the male of his Constitutional Rights from his department issued Miranda card. The male advised he understood his rights and Trooper Munoz asked him why he ran. He replied, "I am on DOC and shouldn't be driving." Trooper Munoz asked him if he was first degree suspended and he said, "No, in the third degree." He brought the male

driver to the front of his patrol car and searched him incident to arrest. He could smell the odor of intoxicants emitting from his person and breath as he spoke. Trooper Munoz asked the male how much alcohol he had to drink and the male denied drinking.

After more questioning, the male responded, "I just started drinking." Trooper Bivins placed him in the back seat of his patrol car and offered him a voluntary portable breath test. He provided a breath sample of .056. Trooper Bivins asked him if he could grab his registration and insurance paperwork out of the vehicle, which he said he could. There were numerous open Budweiser beer cans scattered in the vehicle.

Washington State Department of Licensing revealed Francisco Rudy Gallardo (date of birth 07-24-1979) was third degree driving while license suspended and was on active Washington State Department of Corrections (DOC) probation. The trooper cleared the scene and drove the male to the Yakima County Jail.

While driving to the jail, the male asked the trooper what he would have done if he did not run. Trooper Bivins told him he would have probably cited and released him and possibly done field sobriety tests due to the smell of intoxicants on him. The male got really mad at himself and said, "I shouldn't be driving." They also talked about how Trooper Bivins saw him without his seatbelt on. He explained the street lighting in that area and how he was leaning forward making it easy to tell he did not have a seatbelt on. The male said "you saw it hanging there?"

Upon arrival to the jail, Trooper Bivins completed a Suspect Information Report (SIR) and booked the offender on attempt to elude, obstructing, resisting arrest, and third degree driving while license suspended. Mr. Gallardo was issued an infraction for failure to wear a seatbelt.

On September 9, 2019, Mr. Gallardo made a preliminary appearance in Yakima County Superior Court cause number 19-1-01718-39. He was released from custody under the supervision of Yakima County Pretrial Services.

On September 23, 2019, Mr. Gallardo was arraigned and charged with attempt to elude, obstructing, resisting arrest, and third degree driving while license suspended.

Mr. Gallardo remains out of custody pending a trial date of March 9, 2020.

2          **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Gallardo is considered to be in violation of his supervised release conditions by consuming alcohol on or about September 7, 2019.

On May 20, 2019, this officer met with Mr. Gallardo upon his release from custody. Mr. Gallardo reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

Prob12C
**Re: Gallardo, Francisco Rudy**
**February 7, 2020**
**Page 4**

> On September 7, 2019, Mr. Gallardo was arrested by WSP for attempting to elude a police vehicle. The arresting trooper smelled the odor of intoxicants emitting from Mr. Gallardo's breath as he spoke.
>
> Mr. Gallardo was offered a voluntary portable breath test. He provided a breath sample of .056. The trooper asked him if he could grab his registration and insurance out of the vehicle and Mr. Gallardo said he could. The trooper observed numerous open Budweiser beer cans scattered in the vehicle.

3  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

> **Supporting Evidence**: Mr. Gallardo is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about November 19, 2019.
>
> On May 20, 2019, this officer met with Mr. Gallardo upon his release from custody. Mr. Gallardo reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.
>
> On November 21, 2019, this officer met with Mr. Gallardo and collected a urine sample from him for urinalysis testing. The instant test results were positive for methamphetamine. Mr. Gallardo admitted to having consumed methamphetamine on or about November 19, 2019.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring Francisco Rudy Gallardo to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/07/2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Gallardo, Francisco Rudy**
**February 7, 2020**
**Page 5**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

2/7/2020
_____
Date